PERCY L. GARDNER and Others, Appellants, v. " MICHAEL " M. FRIEDMAN, First Name Being Fictitious, etc., Respondent, Impleaded with Others, Defendants.— Order affirmed, with ten dollars costs and disbursements, with leave to the plaintiffs to serve an amended complaint within twenty days from service

of order upon payment of said costs and ten dollars costs of motion at Special Term. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and O'Malley, JJ.

JOHNSON & COMPANY, INC., Appellant, v. GEORGE W. HEUER and GEORGE W. HEUER COMPANY, Respondents.— Judgment affirmed, with costs, but without prejudice to an action at law. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and O'Malley, JJ.